IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY L. SMITH, # 207349, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-1012-WKW |
| | ) |
| GARY HETZEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 24), and upon an independent review of the file in this case, it is ORDERED as follows:

(1) the Recommendation (Doc. # 24) is ADOPTED;

(2) this case is DISMISSED without prejudice.

A separate judgment will follow.

DONE this 18th day of June, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE